STATE OF MAINE
CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-00-010
*NM-CUM- 7/10/2000*

CYNTHIA E. WILLIAMS,

    Plaintiff/Appellant

    vs.

DECISION AND ORDER

MAINE UNEMPLOYMENT
INSURANCE COMMISSION,

    Defendant/Respondent

The plaintiff appeals the Commission's decision that the plaintiff was the employer of Ms. Terrano for the purposes of unemployment compensation payments. The plaintiff had the burden of proving that Ms. Terrano's services were not employment. The Commission determined that the plaintiff failed to prove the first and third parts of the three-part statutory test. See R. 3-5; 26 M.R.S.A. § 1043 (11)(E) (1988); McPherson v. Unemployment Ins. Comm'n, 1998 ME 177, ¶ 7, 714 A.2d 818, 821.

On appeal, the plaintiff must show that the record before the Commission compelled a finding that the plaintiff did not exercise control over Ms. Terrano and that Ms. Terrano had an independently established business. See id.; 26 M.R.S.A. § 1043 (11)(E)(1) & (3). The record reveals that there is competent evidence to support the Commission's findings and that the Commission correctly applied the applicable law. See Nissan v. Maine Employment Security Comm'n, 455 A.2d 945, 949 (Me.

1983); R. 18-19, 21, 27-28, 34-35, 38, 46 (control); 19, 21-22, 28-29, 36, 47, 63 (independent business).

The entry is

The Plaintiff's Appeal is DENIED.

The Decision of the Maine Unemployment Insurance Commission is AFFIRMED.

Date: July 8, 2000

Nancy Mills
Justice, Superior Court

2

| Date Filed | 02-16-00 | CUMBERLAND County | Docket No. AP 00-010 |

Action  APPEAL 80(C)

CYNTHIA E. WILLIAMS

DONALD L. GARBRECHT
LAW LIBRARY

JUL 18 2000

UNEMPLOYMENT SECURITY COMMISSION-AN
AGENCY OF THE STATE OF MAINE

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| THOMAS BRADLEY ESQ   775-0200<br>JAMES B. HADDOW, ESQ<br>PO BOX 9733, PORTLAND ME 04104 | ELIZABETH WAYMAN, AAG<br>PAMELA WAITE, AAG<br>6 STATE HOUSE STATION<br>AUGUSTA, MAINE 04333-0006<br>626-8800 |

| Date of Entry | |
|---|---|
| **2000** | |
| Feb. 18 | Received 02-16-00:<br>Complaint Summary Sheet filed. |
| "    " | Complaint filed. |
| "    " | Received 02-17-00:<br>Plaintiff's Motion to Amend Petition for Review of Final Agency Action Pursuant to M.R.CIV.P. 80(C) with Exhibit A filed. |
| "    " | Plaintiff's Request for Hearing filed. |
| Mar. 1 | Received 3-1-00:<br>Letter from Elizabeth Wyman AAG entering her appearance and Pamela Wyman, AAG's appearance on behalf of defendant and stating court should affirm the decision of the Commission filed. |
| Mar. 22 | Received 03-22-00:<br>Defendant's Administrative Record filed. |
| "    " | On 03-22-00:<br>Briefing schedule mailed. Petitioner's brief due 5-1-00. |
| April 6 | Received 04/04/00:<br>ORDER ON MOTION TO AMEND FINAL AGENCY ACTION PURSUANT TO M.R.CIV.P. 80C filed. (Delahanty, J.)<br>Pursuant to Plaintiff Cynthia Williams' Motion to Amend as a matter of course, in accordance with Rule 15(a) of the Maine Rules of Civil Procedure the Plaintiff's Petition for Review of Final Agency Action dated February 17, 2000, it is hereby ORDERED that the Motion is GRANTED. |
| """    """ | On 04/06/00: Copies mailed to Thomas Bradley, Esq. and Elizabeth Wyman and Pamela Waite, AAG's. |
| April 21 | Received 4-21-00.<br>Appellant's Brief filed. |
| May 19 | Received 05-19-00:<br>Respondent, Maine Unemployment Insurance Commission Brief filed. |